UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2021

-------------------------------------------------------X

PRISCILIANO CRISTOBAL BONIFACIO,  :

                :

           Plaintiff,    :

                :

     -against-     :

                :

356 WEST WIRELESS INC, et al.,   :

                :

         Defendants.  :

                :

-------------------------------------------------------X

21-CV-4502 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on May 19, 2021, (Doc. 1), and filed affidavits of service on June 16 and June 17, 2021, (Docs. 5–6). The deadline for Defendants to respond to Plaintiff's complaint was July 1, 2021. (*See* Docs. 5–6.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 21, 2021. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     July 7, 2021
         New York, New York

                                        VERNON S. BRODERICK
                                        United States District Judge