```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   PRISCILIANO CRISTOBAL BONIFACIO,                         :
                                                            :
                              Plaintiff,                    :
                                                            :       21-CV-4502 (VSB)
                -against-                                   :
                                                            :           ORDER
   356 WEST WIRELESS INC d/b/a BOOST                        :
   MOBILE et al.                                            :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 7, 2021, because Plaintiff had served the Complaint in this action but neither of the Defendants had yet appeared, I entered an order directing Plaintiff to seek default judgment. (Doc. 7.) On July 22, 2021, Plaintiff requested an extension of time for Defendants to appear so that this case could be litigated on the merits. (*See* Doc. 8.) While one of the Defendants has now filed its answer, (Doc. 22), the other has still not appeared. Accordingly, if Plaintiff intends to seek a default judgment against non-appearing Defendant 356 West Wireless Inc. ("356 West"), he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 5, 2021. If Plaintiff fails to do so, I will dismiss the claims against 356 West for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 15, 2021
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge