UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PRISCILIANO CRISTOBAL BONIFACIO, :
:
                         Plaintiff, :
:                21-CV-4502 (VSB)
          -against- :
:                  **ORDER**
WEST WIRELESS INC D/B/A BOOST :
MOBILE ET AL, :
                  Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    The Clerk of the Court has entered a Certificate of Default in this matter. (Doc. 26.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

    SO ORDERED.

Dated: November 9, 2021
       New York, New York

                                                                 Vernon S. Broderick
                                                                 United States District Judge